RECEIVED
IN LAKE CHARLES, LA



AUG 2 5 2005



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KRISTINE L. PENNINGTON** | : | **DOCKET NO. 02 CV 2450** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE WILSON** |

## AMENDED JUDGMENT

Pursuant to the Motion for Relief from Judgment [doc. #56] filed by Defendant, the United States of America to eliminate interest, it appearing that the Government's position is well founded and Plaintiff having filed no opposition to the Motion,

**IT IS ORDERED** that the Judgment rendered herein on May 27, 2005 be and same is hereby **AMENDED** to eliminate any provision regarding interest.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of August, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE